IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02100-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JOHN DOE 5;
JOHN DOE 6;
JOHN DOE 7;
JOHN DOE 8;
JOHN DOE 9;
JOHN DOE 10;
JOHN DOE 11;
JOHN DOE 12;
JOHN DOE 13;
JOHN DOE 14;
JOHN DOE 15;
JOHN DOE 16; and
JOHN DOE 17,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal (ECF No. 25) and Plaintiff's

Notice of Dismissal of Case (ECF No. 28) filed on April 8, 2016, it is

ORDERED that Defendant John Doe 2 is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the remaining Defendants and this case are

**DISMISSED WITHOUT PREJUDICE**.

Dated: April 11, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge